UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RODERICK JOHNSON | CIVIL ACTION NO. 21-4379 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| BOISE CASCADE CO. | MAGISTRATE JUDGE HORNSBY |

## ORDER

Plaintiff Roderick Johnson ("Plaintiff"), pro se, filed this disability discrimination suit pursuant to Louisiana Revised Statute § 23:301, *et seq.*, which is known as the Louisiana Employment Discrimination Law (the "LEDL"). Before the Court is a motion to dismiss, filed by Defendant Boise Cascade Company ("Defendant"). Record Document 5. Plaintiff has failed to file a response, so the motion is considered unopposed. *See* Record Document 7. In the motion, Defendant seeks dismissal of Plaintiff's claims because Plaintiff failed to abide by procedural prerequisites prior to filing suit and because his complaint fails to state a claim upon which relief can be granted. For the reasons below, Defendant's motion [Record Document 5] is **GRANTED** to the extent it seeks dismissal for failure to abide by procedural prerequisites prior to filing suit.

Under Louisiana law, a plaintiff asserting an LEDL claim "must give the proposed defendant written notice that she believes she has been discriminated against at least 30 days before initiating court action." *Johnson v. Hosp. Corp. of Am.*, 767 F. Supp. 2d 678, 700 (W.D. La. 2011) (citing La. R.S. § 23:303(C)). Failure to comply with this procedural prerequisite exposes Plaintiff's claims to dismissal. *See id.* at 701, 705.

Plaintiff has offered no argument to rebut Defendant's contention that he failed to satisfy the notice requirement. Indeed, it appears Plaintiff alleges that he was terminated on November 12,

2021, and filed suit less than 30 days later on December 3, 2021. Thus, Plaintiff's complaint must be dismissed.

Based on the foregoing reasons, Defendant's motion [Record Document 5] is **GRANTED** to the extent it seeks dismissal for failure to abide by procedural prerequisites prior to filing suit. Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. A separate judgment will be issued herewith.

**THUS DONE AND SIGNED** this 27th day of April, 2022.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE